IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**v.**                            **Case No.  2:03CR20012**

**DENNIS A. JACKSON**                                                      **DEFENDANT**

## ORDER

Now on this 3rd day of February 2009, there comes on for consideration Defendant's motion (Doc. 72) for leave to file a reply to the Government's Response to his Motion to Dismiss Indictment (Doc. 70).  Being well and sufficiently advised in the premises, the Court finds that the motion should be and hereby is GRANTED.  Accordingly, Defendant shall have thirty (30) days from the date the Government files its response to file his reply.

IT IS SO ORDERED.

                                                        */s/ Robert T. Dawson*
                                                      Honorable Robert T. Dawson
                                                      United States District Judge

**AO72A**
**(Rev. 8/82)**